UNITED STATES of America,
Plaintiff—Appellee,

v.

Luis Ramirez HERRERA, Defendant—
Appellant.

No. 06–50188.

United States Court of Appeals,
Ninth Circuit.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Oct. 22 2007.*

Filed Nov. 20, 2007.

Becky S. Walker, Esq., Gregory A. Lesser, Esq., Office of the U.S. Attorney Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

William C. Melcher, Esq., Melcher Melcher & Melcher Trillium Towers Center, Woodland Hills, CA, for Defendant–Appellant.

Before: B. FLETCHER, WARDLAW, and IKUTA, Circuit Judges.

## MEMORANDUM **

Luis Ramirez Herrera appeals from the district court's decision that it would not have imposed a materially different sentence, following a stipulated remand under *United States v. Ameline*, 409 F.3d 1073 (9th Cir.2005) (en banc).

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Herrera's counsel has filed a brief stating that he finds no meritorious issues for review, along with a motion to withdraw as counsel of record. We have provided the appellant an opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our examination of the briefs and our independent review of the record pursuant

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

to *Penson v. Ohio,* 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no arguable issues for review on direct appeal.

Accordingly, we **GRANT** counsel's motion to withdraw and **AFFIRM** the district court's decision.